**No. 63089.**—Hudson Shipping Co., Inc. v. United States, protest 58/12546 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63090.**—Republic Chemical Corporation v. United States, protest 58/12324 (New York).

Opinion by RICHARDSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

MAY 21, 1959

**No. 63091.**—SUIT 4953.—Herbert B. Moller and U. S. Wolfson Bros. Corp. v. United States.—C.D. 1946 affirmed February 11, 1959. C.A.D. 704.

**No. 63092.**—SUIT 4964.—Concord Watch Co., Inc. v. United States.—C.D. 1980 affirmed February 11, 1959. C.A.D. 703.

BEFORE THE FIRST DIVISION, MAY 25, 1959

**No. 63093.**—Keeler Optical Products, Inc. v. United States, protests 59/7741 and 330789–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of so-called chixexers, and parts thereof, the same in all material respects as those the subject of *Inter-Maritime Forwarding Co., Inc.* v. *United States* (45 C.C.P.A. 125, C.A.D. 685), the claim of the plaintiff was sustained.